UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| TAURUS TYRONE NOLES, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. C-09-117 |
| § | |
| AURELIO AMBRIZ, *et al*, § | |
| § | |
| Defendants. § | |

**ORDER ADOPTING MEMORANDUM AND
RECOMMENDATION ON DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT**

On February 25, 2010, United States Magistrate Judge Brian L. Owsley signed a Memorandum and Recommendation recommending that defendant's motion for summary judgment (D.E. 23) to dismiss plaintiff's claims for failure to exhaust administrative remedies be granted and plaintiff's claims dismissed.  Seeing no objection to this recommendation by either party and having now reviewed the recommendation, this Court hereby adopts as its own the Memorandum and Recommendation as the decision of the Court.  Accordingly, it is

ORDERED that defendant's motion for summary judgment is granted and plaintiff's claims are dismissed.

The clerk shall enter this order and provide a copy to all parties.

SIGNED and ORDERED this 24th day of March, 2010.

_____
Janis Graham Jack
United States District Judge